UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHALIL ABDUL-AZIZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ENFIN CORP., HATCH BANK, and DOES 1–10,<br><br>Defendants. | Case No.: 25-cv-001745-JO-AHG<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS [DKT. 19]** |

On October 23, 2025, the Court held oral argument on Defendants' motion to compel arbitration and stay proceedings pending the completion of arbitration. For the reasons stated on the record, the Court finds that the parties clearly and unmistakably delegated the threshold question of arbitrability to the arbitrator.[1] Therefore, the Court grants

---

[1] Because the arbitrator is the one to decide this question, the Court declines to reach the parties' remaining arguments. *See Fli-Lo Falcon, LLC v. Amazon.com, Inc.*, 97 F.4th 1190, 1194 (9th Cir. 2024) (if a court finds that the parties clearly and unmistakably delegated the issue of arbitrability, its inquiry ends).

Defendants' motion to compel arbitration [Dkt. 19] and stays the case pending the completion of arbitration. *See Smith v. Spizzirri*, 601 U.S. 472, 478 (2024) (court must stay case while arbitration is pending).

**IT IS SO ORDERED**.

Dated: October 23, 2025

Honorable Jinsook Ohta
United States District Judge